THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES RIVERS, Relator, v. ANNA M. KROSS, as Commissioner of Correction of the City of New York, et al., Respondents.— Application for a writ of habeas corpus denied, on

the ground that the application fails to comply with section 1234 of the Civil Practice Act. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.